IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACOB A. JENKINS                                                                    PLAINTIFF

V.                             CASE NO. 5:16-CV-197-DPM-BD

ROBBIE FREAD                                                                       DEFENDANT

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge D.P. Marshall Jr.  Any party may file written objections to this Recommendation.  If objections are filed, they must be specific and must include the factual or legal basis for your objection.  Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.**    **Discussion**

Jacob A. Jenkins, formerly an inmate at the Arkansas County Detention Center, filed this lawsuit without the help of a lawyer and is proceeding *in forma pauperis*. (Docket entries #2, #3)  On July 14, 2016, the Court issued an initial scheduling order. (#9)  That order was returned to the Court as undeliverable.  (#10)

On July 27, 2016, the Court ordered Mr. Jenkins to notify the Court of his current address within thirty days or risk dismissal of his lawsuit.  (#11)  On August 5, 2016, the July 27 Order was returned to the Court marked "undeliverable."  As of this date, Mr. Jenkins has not provided the Court with a valid, current address, as ordered.

III.   **Conclusion**

The Court recommends that Mr. Jenkins's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's order and his failure to prosecute this lawsuit.

DATED this 29th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE