IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACOB A JENKINS                                                                 PLAINTIFF

v.                                          No. 5:16-cv-197-DPM

ROBBIE FREAD, Administrator,
Arkansas County Detention Center                                       DEFENDANT

### ORDER

Unopposed recommendation, № 13, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Jenkins hasn't kept his address current; his mail is still being returned. № 14. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 September 2016