IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACOB A JENKINS                                                                                    PLAINTIFF

v.                               No. 5:16-cv-197-DPM

ROBBIE FREAD, Administrator,
Arkansas County Detention Center                                                  DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

15 September 2016